# EXHIBIT A

## NERY RODRIGUEZ

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ludacris | Freaky Thangs | Word of Mouf | 304-605 |
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Interscope Records | Mya | It's All About Me | Mya | 255-973 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |